FILED: July 1, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1513
(3:14-cv-00002-JPB)
_____

PNGI CHARLES TOWN GAMING, L.L.C.

    Petitioner - Appellant

v.

TINA MAWING; THE CHARLES TOWN HORSEMEN'S BENEVOLENT PROTECTIVE ASSOCIATION

    Respondents - Appellees

_____

O R D E R
_____

The court grants the motion to suspend briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk